# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>BRADY GRIMES<br>(DOB:      1981)<br><br>*Defendant(s)* | Case No. 4:20-mj-00020-SAO |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 12, 2020__ in the county of _____ in the _____ District of __Alaska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a) | Manufacture or Distribution or Possession with Intent to Manufacture, Distribute, or Dispense a Controlled Substance, to wit: methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit of DEA Task Force Officer Byron Johnson

☑ Continued on the attached sheet.

*Complainant's signature*

DEA TFO Byron R. Johnson
*Printed name and title*

Sworn to before me ~~and signed in~~ my presence.

Date: April 16, 2020

*Judge's signature*

City and state: Fairbanks, Alaska      Scott A. Oravec, U.S. Magistrate Judge
*Printed name and title*